# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2675

_____

NONI JAMIL STINSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

September 12, 2018

PER CURIAM.

The petition for writ of mandamus is denied. *See Munn v. Fla. Parole Comm'n*, 807 So. 2d 733 (Fla. 1st DCA 2002).

WOLF, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Noni Jamil Stinson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.